UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

**United States of America,**

                                                                                                7:17-CR-00753-1 (CS)

                v.

                                                                                                ORDER

**Andre Francis**

                              **Defendant(s).**
------------------------------------------------------------X

**CATHY SEIBEL, United States District Judge:**

       For the reasons stated on the record during the Preliminary Revocation Hearing held before this Court on July 10, 2025, the Court imposes on the above Defendant a condition of home detention with electronic monitoring. The technology to be used is at the discretion of the Probation Department.

       **SO ORDERED.**

Dated: August 27, 2025
       White Plains, New York

                                                                 _____
                                                                      CATHY SEIBEL
                                                            United States District Judge